THE STATE OF OHIO, APPELLEE, *v.* PARIS, APPELLANT.

[Cite as *State v. Paris* (1996), 76 Ohio St.3d 270.]

(No. 95–2425—Submitted June 25, 1996—Decided August 7, 1996.)

*Stephen A. Schumaker,* Clark County Prosecuting Attorney, and *Douglas M. Rastatter,* Assistant Prosecuting Attorney, for appellee.

*David H. Bodiker,* Ohio Public Defender, *David Klaus* and *Angela Wilson Miller,* Assistant Public Defenders, for appellant.

---

*Per Curiam.* We affirm the judgment of the court of appeals for the reasons stated in its decision. See *State v. White* (1995), 72 Ohio St.3d 91, 647 N.E.2d 787.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.